IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>FELIPE MALDONADO-PEREZ,<br><br><br>          Defendant. | **8:25CR212**<br><br>**ORDER** |

This matter is before the Court on the Unresisted Motion to Continue Trial (Filing No. 32). Counsel needs additional time to negotiate a resolution of defendant's case. For good cause shown,

IT IS ORDERED that the Unresisted Motion to Continue Trial (Filing No. 32) is granted as follows:

1.      The jury trial now set for February 2, 2026, is continued to **March 9, 2026.**

2.      In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 9, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.      Defendant's Unresisted Motion to Continue Trial (Filing No. 31) is denied as moot.

Dated the 30th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge